# Robert I. Watson, Appellee, v. Chicago Building Construction Company, Appellant.

## Gen. No. 23,203.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN F. HAAS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918.

### Statement of the Case.

Action by Robert I. Watson, plaintiff, against Chicago Building Construction Company, a corporation, defendant, to recover for services claimed to have been rendered under a contract. From a judgment for plaintiff for $250, defendant appeals.

J. AMBROSE GEARON, for appellant.

JOHN LEWE, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*what is not statement of facts*. A mere recitation of testimony is not a statement of facts though certified as such.

2. CONTRACTS, § 384*—*when shown that agreement completed before reduced to writing*. In an action to recover for services claimed to have been rendered under a contract, evidence *held* to support a finding that the agreement was completed before it was put into writing.